Donald J. Farley
ISB #1561; djf@powerstolman.com
James S. Thomson, II
ISB #6124; jst@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Ste. 150
Post Office Box 9756
Boise, ID  83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
\\ptdc\client_files\80\80-001\Pleadings\Removal - Federal Notice.doc

Attorneys for Defendant Federated Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HUDCO, INC., dba OK TRAILER SALES, an Idaho Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERATED MUTUAL INSURANCE COMPANY, a Minnesota Corporation,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

In accordance with 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Federated Mutual Insurance Company ("Federated") respectfully gives notice that it is removing this lawsuit from the Sixth Judicial District Court, Bannock County, Idaho (Case No. CV-2013-4406-00), to the United States District Court for the District of Idaho for the following reasons:

1.      Federated is entitled to remove this lawsuit to federal court because there is

NOTICE OF REMOVAL - 1

complete diversity of citizenship between the parties. According to Paragraph 2 of the Complaint (a copy of which is attached as Exhibit C) filed by Plaintiff Hudco, Inc., dba OK Trailer Sales ("Hudco"), Hudco is an Idaho corporation maintaining its place of business in Shelley, Idaho. Ex. C at p.1, Para. 2. Federated, on the other hand, is a Minnesota corporation with its principal place of business in Owatonna, Minnesota. Hudco and Federated are the only parties to this case at the present time, so there is complete diversity of citizenship between the parties.

2. Hudco served its Complaint on the Idaho Department of Insurance on November 14, 2013. *See* Notice of Summons and Complaint, a copy of which is attached at Exhibit B. 28 U.S.C. § 1446(b) provides that Federated may file a Notice of Removal no later than 30 days after its receipt "through service or otherwise, of a copy of the initial pleadings setting forth the claim for relief upon which such action or proceeding is based." Federated therefore has until at least December 16, 2013, to file a Notice of Removal. This Notice of Removal is therefore timely.

3. Under 28 U.S.C. § 1332(a), the United States District Courts have removal jurisdiction over diversity cases in which the matter in controversy is in excess of $75,000, exclusive of interest and costs. In this case, Hudco's Complaint seeks to recover at least $177,277.00 in damages exclusive of interest and costs. *See* Ex. C at p. 5, ¶¶ 18-19 and p. 6 ¶ 20. For that reason, and although it denies liability to Hudco for any amount, Federated respectfully submits that the amount in controversy in this matter is in excess of $75,000, exclusive of interest and costs.

4. In accordance with 28 U.S.C. § 1446(a) and D. Id. L. Civ. R. 81.1, Federated certifies that it has attached as Exhibits true and correct copies of all process, pleadings, motions, or orders comprising the state court record. They comprise Hudco's Summons (Exhibit B); and

the Complaint (Exhibit C). Pursuant to D. Id. L. Civ. R. 81.1, Federated is also attaching as Exhibit D a copy of the Register of Actions sheet for plaintiff's case in the Sixth Judicial District Court, Bannock County, Idaho.

5. As required by 28 U.S.C. § 1446(d), Federated will give Hudco written notice of filing this Notice of Removal promptly after filing this Notice of Removal with the Court.

6. As required by 28 U.S.C. § 1446(d), Federated is also filing a copy of this Notice of Removal with the Clerk of the Sixth Judicial District Court, Bannock County, Idaho.

THEREFORE, having satisfied all the requirements for removal set forth in 28 U.S.C. §§ 1332, 1441, and 1446, and in Local Rule 81.1, Federated respectfully gives notice that it has removed this case to the United States District Court for the District of Idaho.

DATED this 10 day of December, 2013.

POWERS TOLMAN FARLEY, PLLC

By: _____
Donald J. Farley – Of the Firm
James S. Thomson, II – Of the Firm
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __10__ day of December, 2013, the foregoing document was:

__X__ Electronically filed with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Lowell N. Hawkes                     LNHChartered@yahoo.com
Ryan S. Lewis
Lowell N. Hawkes, Chartered
1322 East Center
Pocatello, ID 83201
*Attorneys for Plaintiff*

\* \* \* \* \*

__X__ Not electronically filed with the U.S. District Court. A true and correct copy of the foregoing document was delivered to the address below by the method indicated:

Lowell N. Hawkes                         ___ U.S. Mail, Postage Prepaid
Ryan S. Lewis                            ___ Hand Delivered
LOWELL N. HAWKES, CHARTERED              ___ Overnight Mail
1322 East Center                         _X_ Telecopy
Pocatello, ID 83201
Fax No. (208) 235-4200
*Attorneys for Plaintiff*

_____
Donald J. Farley
James S. Thomson, II